## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jessica Al−Ali, et al.

                          Plaintiff,

v.                                              Case No.: 1:21−cv−02797
                                              Honorable Jeremy C. Daniel

USA 1 Wireless Inc., et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. The plaintiff's motion for entry of default and entry of interim judgment [118] is granted in part and denied in part; the denial is with respect to defendant Dani Schammami only. Counsel shall send a proposed default order to proposed_order_daniel@ilnd.uscourts.gov in Word format on or before May 3, 2024. Fact discovery closes July 1, 2024. Status hearing set for July 2, 2024, at 9:45 a.m. The parties should be prepared to set either a dispositive motion schedule or trial date at that status hearing. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.